IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
      Plaintiff

vs.                 Civil No. 13-1011

ROBERT ANDERSON O'NEAL and
LESLIE GOURLEY O'NEAL, Husband and
Wife; EVERMORE MORTGAGE COMPANY;
MOORE MORTGAGE, INC.; and, STATE OF
ARKANSAS, DEPARTMENT OF
WORKFORCE SERVICES
      Defendants

## JUDGMENT

Now on this 24th day of March, 2014, on Plaintiff's Motion for Default Judgment against Separate Defendants Leslie Gourley O'Neal and Everhome Mortgage Company. ECF No. 21. Upon consideration, the Court finds:

An Affidavit in Support of Default filed by Plaintiff (ECF No. 19) evidences that Separate Defendant Leslie Gourley O'Neal was served process in this matter by registered or certified mail on February 25, 2013. An Affidavit in Support of Default filed by Plaintiff (ECF No. 20) evidences that Separate Defendant Everhome Mortgage Company was served process in this matter by registered or certified mail on February 11, 2013. No answers or other responsive pleadings have been filed by Separate Defendants Leslie Gourley O'Neal or Everhome Mortgage Company.

Given that the time within which to answer has expired, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff is entitled to a Default Judgment as to Separate

Defendants, Leslie Gourley O'Neal and Everhome Mortgage Company, for the relief prayed for in the Complaint.

IT IS THEREFORE ORDERED AND DECREED that Plaintiff is granted Judgment against Separate Defendants Leslie Gourley O'Neal and Everhome Mortgage Company.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge