IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                        CASE NO. 13-CV-1011

ROBERT ANDERSON O'NEAL and
LESLIE GOURLEY O'NEAL, Husband and
Wife; EVERHOME MORTGAGE COMPANY;
MOORE MORTGAGE, INC.; and STATE OF
ARKANSAS, DEPARTMENT OF WORKFORCE
SERVICES                                                        DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant Robert O'Neal and a Stipulation of Dismissal With Prejudice. ECF Nos. 25 and 26. The United States of America and Mr. O'Neal stipulate that the complaint should be dismissed with prejudice on certain conditions ECF No. 25. Thus, Mr. O'Neal moves the Court to voluntarily dismiss the complaint. All parties in this case have been given notice of this motion, and no party has filed an objection. Upon consideration, the Court finds that the Motion to Dismiss (ECF No. 26) should be and hereby is **GRANTED**. The complaint is **DISMISSED WITHOUT PREJUDICE** on the grounds set forth in the stipulation.

IT IS SO ORDERED, this 4th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge